UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAR 2 0 2008
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

BERNARDIN GONZALEZ

RECOG# NEW 0724
06-MG-3034-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY-FIVE THOUSAND DOLLARS, ($25,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 19 day of MARCH, 2008.

Ordered that the sum of TWENTY-FIVE THOUSAND DOLLARS, ($25,000.00), be transferred to the LAURIE QUICK, 1223 RONY RD., UNION, NJ 07083.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT